UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN RODRIGUEZ,

                Plaintiff,

-against-

SKY, 605 W 42ST OWNER LLC, *et al.*,

                Defendants.

23-CV-8034 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated November 6, 2023, the Court granted Plaintiff 60 days' leave to file an amended complaint. On November 16, 2023, Plaintiff filed an interlocutory appeal and a motion for an extension of time to file this appeal. A notice of appeal in a civil case must be filed, however, within 30 days after entry of the order appealed from. *See* Fed. R. App. P. 4(a)(1)(A). Because Plaintiff filed a notice of appeal within 30 days after entry of the November 6, 2023 order, a motion for extension of time to file his interlocutory appeal is unnecessary. Accordingly, Plaintiff's request for an extension of time to appeal is denied as unnecessary.

## CONCLUSION

    Plaintiff's request for an extension of time to file a notice of an interlocutory appeal (ECF No. 12) is denied as unnecessary.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant

2

demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   November 20, 2023
            New York, New York

                                                                /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                        Chief United States District Judge