UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN RODRIGUEZ,

                            Plaintiff,

           -against-

SKY, 605 W 42 ST. OWNER LLC; KELSEY
GARCIA; EMT CITY OF NEW YORK,

                       Defendants.

23cv8034 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 12, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    July 16, 2024
             New York, New York

                                    /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                         Chief United States District Judge